JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| OMAR SALAZAR,<br><br>        Petitioner,<br>v.<br><br>WARDEN, FCI TERMINAL ISLAND<br><br>        Respondent. | No. 2:25-cv-03978-BFM<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Petition, IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: December 2, 2025

_____
BRIANNA FULLER MIRCHEFF
U.S. MAGISTRATE JUDGE